UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ABILIFY (ARIPIPRAZOLE)**
**PRODUCTS LIABILITY LITIGATION**
    Stiggle v. Bristol-Myers Squibb Co.,    )
        D. Connecticut, C.A. No. 3:17-01387    )        MDL No. 2734

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

    On August 16, 2017, the Panel filed in this docket a conditional transfer order pertaining to this action (*Stiggle*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Stiggle* was lifted on August 24, 2017, and the action was transferred to the Northern District of Florida. Subsequently, on August 29, 2017, the Panel received a notice of opposition from the pro se plaintiff in *Stiggle*. Plaintiff states that he is incarcerated in Connecticut, that transfer of this matter will hinder his access to the court in Connecticut and will cause him hardship. He further requests that the Panel vacate the conditional transfer order and remand his case back to the District of Connecticut.

    The Panel notes that all pro se plaintiffs filing with the Panel are served by U.S. Mail. This can result in certain delays. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Stiggle* in order to permit plaintiff to pursue his opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-12" filed on August 16, 2017, is REINSTATED.

    IT IS FURTHER ORDERED that plaintiff's notice of opposition is deemed filed as of the date of this order.

    IT IS FURTHER ORDERED that plaintiff's notice of opposition is also construed as the motion and brief required under Rule 7.1(f). Plaintiff may, on or before September 12, 2017, file additional argument in support of his opposition to transfer, or he may rest on the arguments already presented.

                                                   FOR THE PANEL:

                                                   Jeffery N. Lüthi
                                                   Clerk of the Panel



**Fw: Activity in Case MDL No. 2734 IN RE: Abilify (Aripiprazole) Products Liability Litigation Order Reinstating CTO**

FLNDdb_efile MDL    to: Sylvia Williams               08/29/2017 02:29 PM
Sent by:  **Kimberly Westphal**
Cc:       Bryan McGuinness

| From: | FLNDdb_efile MDL/FLND/11/USCOURTS |
|---|---|
| To: | Sylvia Williams/FLND/11/USCOURTS@USCOURTS |
| Cc: | Bryan McGuinness/FLND/11/USCOURTS@USCOURTS |
| Sent by: | Kimberly Westphal/FLND/11/USCOURTS |
| History: | This message has been forwarded. |

Hi, Sylvia.  I got a notification that Donna is out of the office.  I'm not sure if you are the appropriate person to forward this email to or not...
Thank you!
Kim

----- Forwarded by Kimberly Westphal/FLND/11/USCOURTS on 08/29/2017 03:28 PM -----

| From: | FLNDdb_efile MDL/FLND/11/USCOURTS |
|---|---|
| To: | Donna Bajzik/FLND/11/USCOURTS@USCOURTS |
| Cc: | Bryan McGuinness/FLND/11/USCOURTS@USCOURTS |
| Date: | 08/29/2017 03:27 PM |
| Subject: | Fw: Activity in Case MDL No. 2734 IN RE: Abilify (Aripiprazole) Products Liability Litigation Order Reinstating CTO |
| Sent by: | Kimberly Westphal |

Thank you.
Kim

----- Forwarded by Kimberly Westphal/FLND/11/USCOURTS on 08/29/2017 03:27 PM -----

| From: | JPMLCMECF@jpml.uscourts.gov |
|---|---|
| To: | JPMLCMDECF@jpml.uscourts.gov |
| Date: | 08/29/2017 03:24 PM |
| Subject: | Activity in Case MDL No. 2734 IN RE: Abilify (Aripiprazole) Products Liability Litigation Order Reinstating CTO |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 8/29/2017 at 3:23 PM EDT and filed on 8/29/2017

| | |
|---|---|
| **Case Name:** | IN RE: Abilify (Aripiprazole) Products Liability Litigation |
| **Case Number:** | MDL No. 2734 |
| **Filer:** | |
| **Document Number:** | 111 |

**Docket Text:**
**ORDER REINSTATING CTO-12 (re: pldg. (1 in CT/3:17-cv-01387, [107] in MDL No. 2734) )**

**The stay of the Panel's conditional transfer order designated as CTO-12 filed on 8/16/17 is REINSTATED. Plaintiff Stiggle notice of opposition is deemed filed as of AUGUST 29, 2017.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/29/2017.**

**Associated Cases: MDL No. 2734, CT/3:17-cv-01387 (TB)**

| | |
|---|---|
| **Case Name:** | Stiggle v. Bristol-Myers Squibb Co |
| **Case Number:** | CT/3:17-cv-01387 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ORDER REINSTATING CTO-12 (re: pldg. (1 in CT/3:17-cv-01387, [107] in MDL No. 2734) )**

**The stay of the Panel's conditional transfer order designated as CTO-12 filed on 8/16/17 is REINSTATED. Plaintiff Stiggle notice of opposition is deemed filed as of AUGUST 29, 2017.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/29/2017.**

**Associated Cases: MDL No. 2734, CT/3:17-cv-01387 (TB)**

**MDL No. 2734 Notice has been electronically mailed to:**

Bryan Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

Larry Hill     lhill@mhw-law.com

**MDL No. 2734 Notice will not be electronically mailed to:**

**CT/3:17-cv-01387 Notice has been electronically mailed to:**

Anand Agneshwar     anand.agneshwar@aporter.com, Jessica.Caterina@aporter.com, Mitchell.Stern@aporter.com

Matthew M. Riordan     matthew.riordan@kayescholer.com

**CT/3:17-cv-01387 Notice will not be electronically mailed to:**

Eric J. Stiggle , Sr
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT 06410

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/29/2017] [FileNumber=764396-0]
[982eab637f286aa90708793b7d819d832503c8e6f1d5901c9e7b420a6b3d6817fa18
d
4a0769f81a46968ca03e09760fc25e4c9b76026435d6778f5a28d12a4a6]]