# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ERIC J. STIGGLE, SR.

v.

BRISTOL-MYERS SQUIBB COMPANY

CASE NO. 3:17cv646-MCR/GRJ

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on <u>8/29/2017</u>

Motion/Pleadings: <u>Order Reinstating Stay of Conditional Transfer Order 12</u>

Filed by _____ on <u>8/29/2017</u>   Doc. # <u>13</u>

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/*Sylvia Williams
Deputy Clerk: Sylvia Williams

---

In light of the Judicial Panel on Multidistrict Litigation's Order reinstating the stay of the conditional transfer order, the clerk shall transfer this case back to the District of Connecticut.

**DONE** and **ORDERED** this 30th day of August, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**